# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2315

_____

|  |  |  |
|---|---|---|
| Antonia Soberanis-Sagrero, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: October 25, 2005
Filed: November 1, 2005

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.


Antonia Soberanis-Sagrero filed a 28 U.S.C. § 2255 motion to vacate Soberanis-Sagrero's sentence based on the Supreme Court's decision in <u>Blakely v. Washington</u>, 542 U.S. 296 (2004). The district court[*] denied relief, but granted a certificate of appealability on whether <u>Blakey</u>, and now <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), apply retroactively to cases on collateral review. The rule announced in <u>Booker</u> does not apply to final criminal judgments on collateral review.

_____

[*]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

See <u>Never Misses A Shot v. United States</u>, 413 F.3d 781, 783-84 (8th Cir. 2005) (per curiam).  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____